NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE TD AMERITRADE, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 107

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David J. Folsom.

---

## IN RE SCOTTRADE, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 109

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 10-CV-320, Chief Judge David J. Folsom.

---
ON MOTION
---

## O R D E R

Ganas, LLC moves without opposition for a 13-day extension of time, until December 14, 2011, to file its opposition to the petition for writ of mandamus filed by petitioner, TD Ameritrade, Inc. The court notes that an extension of time was granted on November 30, 2011 setting the new due date for joint opposition to the petitions for writ of mandamus filed by petitioners TD Ameritrade, Inc. and Scottrade, Inc. as January 9, 2012.

Acoordingly,

IT IS ORDERED THAT:

The motion for this extension of time is denied as moot.

FOR THE COURT

DEC 0 2 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 02 2011

JAN HORBALY
CLERK

cc:  Michael Hawes, Esq.
     Zachariah Spear Harrington, Esq.
     Jason M. Schwent, Esq.
     Clerk, United States District Court for the Eastern
District of Texas

s21